IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

EDUARDO TINAJERO RODRIGUEZ,

           Petitioner,

v.                                  CIVIL ACTION NO. 2:26-cv-00122

CHRISTOPHER MASON, et al.,

           Respondents.

**ORDER**

Upon review of the *Motion to Waive Certain Requirements of L.R. Civ. P. 83.6 and for Pro Hac Vice Admission of Co-Counsel* (Document 14), for good cause shown and in light of the volume of similar cases and the financial burden on the nonprofit legal services organizations involved, the Court **ORDERS** that Jonathan Sidney be admitted as *pro hac vice* co-counsel without payment of the Visiting Attorney Fee and the West Virginia State Bar *Pro Hac Vice* Fee.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER:      February 23, 2026

*/s/ Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA